UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AARON L. JACK,

    Defendant.

Case No. MJ09-303

**DETENTION ORDER**

Offense charged:

    Felon in Possession of a Firearm.

Date of Detention Hearing: July 17, 2009.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

Defendant has a long criminal history with over 30 contacts with law enforcement. He has prior convictions for drug offenses, violation of no-contact order, assault, robbery and manslaughter. He has failed to appear for past court hearings and done poorly while on supervision. This year, he received a 120 day sanction from the Department of Corrections for

DETENTION ORDER -1

failing to reside at an approved residence, failing to report and being terminated from his substance abuse treatment program.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

DATED this 17th day of July, 2009.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER -2